**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
BIBIANA GRULLON DE CASTILLO,

                              Plaintiff,                    24 **CIVIL** 6118 (LJL)

     -v-                                                  **<u>JUDGMENT</u>**

MICHELLE KING,
ACTING COMMISSIONER OF SOCIAL SECURITY,

                              Defendant.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated February 13, 2025, that the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant for this further administrative action, and it is further ORDERED that the within matter, be and hereby is, DISMISSED in accord with the decision in Melkonyan v. Sullivan, 501 U.S. 89 (1991).

**Dated:** New York, New York

       February 13, 2025

                                                            **TAMMI M. HELLWIG**
                                                             **Clerk of Court**

                                     **BY:**
                                                               **Deputy Clerk**